PROB 12A
(7/93)

*United States District Court*

for

*District of Guam*

FILED
DISTRICT COURT OF GUAM
NOV 21 2006
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | **Michael S.N. Palacios** | Case Number: **CR 91-00103-001** |
| Name of Sentencing Judicial | James Ware, Designated Judge | |
| Date of Original Sentence: | June 3, 1992 | |

Original Offense: Armed Career Offender, in violation of 18 U.S.C. § 922(g)(1) and 924(e)(1)

Original Sentence: 180 months imprisonment followed by five years supervised release with a special assessment fee of $100. **Conditions modified August 5, 2004,** to include conditions that the defendant participate in drug treatment with urinalysis, participate in mental health treatment, and refrain from any use of alcohol. **Conditions modified October 24, 2005**, to include a condition that the defendant submit to a maximum of 8 urinalysis per month at the direction of the U.S. Probation Officer.

Type of Supervision: Supervised Release    Date Supervision Commenced: August 22, 2004

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Admitted use of marijuana upon urinalysis (10/24/2006) |

On October 24, 2006, Mr. Palacios reported for urinalysis and tested positive for the use of marijuana. He readily executed an admission form for using the drug on October 18, 2006. Upon compliance meeting with this Officer, Mr. Palacios related that he used the drug as offered to him by friends and exercised poor judgment. He acknowledged the gravity of his error and apologized. He related he wanted to take responsibility for his actions and is prepared to take any steps to return to compliance.

Mr. Palacios was admonished for his continued drug use and was assured that continued non-compliance would be met with adverse sanctions requested of the Court. In addition to the verbal reprimand above, Mr. Palacios was notified that he would be returned to day 1 phase I of the drug testing program for closer drug use monitoring.

Mr. Palacios is in full compliance with his conditions of supervised release. He obtained employment in September 2006, as a product stocker for the U.S. Navy Commissary and supplements his income through various sideline lawn care jobs as available. Mr. Palacios paid the $50 special assessment fee on February 11, 1994 and has submitted all monthly supervision reports to date.

The above report is submitted for the Court's information only, and no action is requested at this time. Mr. Palacios' compliance will be closely monitored and any subsequent violations will be reported to the Court accordingly.

Reviewed by:                                                                      Respectfully submitted,

by: *(signature)*

ROSSANNA VILLAGOMEZ-AGUON                                     ROBERT I. CARREON
U.S. Probation Officer                                                            U.S. Probation Officer
Supervision Unit Leader

Date: 11/8/06                                                                     Date: 11/8/06

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ No Action

☐ Other

RECEIVED
NOV 16 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

11-21-06
Date