PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

**Report on Offender Under Supervision**

FILED
DISTRICT COURT OF GUAM
DEC 20 2006
MARY L.M. MORAN
CLERK OF COURT

Name of Offender: **Michael S.N. Palacios**  Case Number: **CR 91-00103-001**

Name of Sentencing Judicial   James Ware, Designated Judge

Date of Original Sentence:   June 3, 1992

Original Offense:   Armed Career Offender, in violation of 18 U.S.C. § 922(g)(1) and 924(e)(1)

Original Sentence:   180 months imprisonment followed by five years supervised release with a special assessment fee of $50. **Conditions modified August 5, 2004** to include conditions that the defendant participate in drug treatment with urinalysis, participate in mental health treatment, and refrain from any use of alcohol. **Conditions modified October 24, 2005**, to include a condition that the defendant submit to a maximum of eight urinalyses per month at the direction of the U.S. Probation Officer. **Informational violation report filed November 21, 2006.**

Type of Supervision: Supervised Release   Date Supervision Commenced: August 22, 2004

## NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Use of methamphetamine (11/26/2006) |

ORIGINAL

On November 27, 2006, Mr. Palacios reported for urinalysis and tested presumptive positive for the use of methamphetamine. He denied any drug use and the sample was sent to the laboratory for confirmation testing. Results returned on December 4, 2006 confirmed Mr. Palacios' use of methamphetamine. On December 4, 2006, he reported to this Officer for a compliance meeting, and stated that he used the drug on November 26, 2006 in order to cope with recurring anxiety surrounding his previous incarceration in a federal penitentiary. Mr. Palacios had received mental health treatment and psychotropic medication since his release from federal custody on August 22, 2004 until October 2005, when he successfully completed program requirements. He requested that he resume mental health treatment services in order to cope with his growing anxiety.

Mr. Palacios' mental health treatment provider, concurred that a return to therapy would be recommended, and as such, he was referred for further mental health treatment. In addition, Mr. Palacios was returned to day 1 phase I of the drug testing program.

Mr. Palacios is in compliance with his other conditions of supervised release. He obtained employment in September 2006 as a product stocker for the U.S. Navy Commissary, and supplements his income through various sideline lawn care jobs as available. Mr. Palacios paid the $50 special assessment fee on February 11, 1994, and has submitted all monthly supervision reports to date.

The above report is submitted for the Court's information only, and no action is requested at this time. Mr. Palacios' compliance will be closely monitored and any subsequent violations will be reported to the Court accordingly.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON  
U.S. Probation Officer  
Supervision Unit Leader

Date: 12/14/06

Respectfully submitted,

by: ROBERT I. CARREON  
U.S. Probation Officer

Date: 12/14/06

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ No Action

☐ Other

HON. FRANCES M. TYDINGCO-GATEWOOD  
Chief Judge  
District Court of Guam

12/19/06

RECEIVED  
DEC 15 2006  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM