PROB 12C
(7/93)

# United States District Court

for

*District of Guam*

FILED
DISTRICT COURT OF GUAM
MAY 25 2007
MARY L.M. MORAN
CLERK OF COURT

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: **Michael S.N. Palacios**          Case Number: **CR 91-00103-001**

Name of Sentencing Judicial Officer:   James Ware, Designated Judge

Date of Original Sentence:   June 3, 1992

Original Offense:   Armed Career Offender, in violation of 18 U.S.C. § 922(g)(1) \ and 924(e)(1)

Original Sentence:   180 months imprisonment followed by five years supervised release with a special assessment fee of $100. **Conditions modified August 5, 2004,** to include conditions that the defendant participate in drug treatment with urinalysis, participate in mental health treatment, and refrain from any use of alcohol. **Conditions modified October 24, 2005,** to include a condition that the defendant submit to a maximum of eight urinalysis per month at the direction of the U.S. Probation Officer, pursuant to U.S. vs. Stephens. **Informational Reports filed November 21, 2006, and December 20, 2006.**

Type of Supervision:   Supervised Release          Date Supervision Commenced: August 22, 2004

Assistant U.S. Attorney:   Marivic David          Defense Attorney: John Gorman

---

## PETITIONING THE COURT

[X] To issue a warrant.

[ ] To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance [All in violation of 18 U.S.C. § 3583(d)] |
|---|---|
| 1. | Use of methamphetamine (April 11, and 24, 2007) and diluted sample (May 15, 2007). |
| 2. | Failed to attend counseling appointment (May 5, 2007). |
| 3. | Failed to attend weekly compliance meetings at U.S. Probation (May 1, and 7, 2007). |
| 4. | Incident of Family Violence, in violation of 9 G.C.A. § 30.10 (May 15, 2007). |

ORIGINAL

Petition for Warrant or Summons for
Offender Under Supervision

page 2

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

☒ revoked.

☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

**Please see attached *Declaration in Support of Petition, Violation of Supervised Release Conditions; Request for a Warrant*, submitted by U.S. Probation Officer Robert I. Carreon.**

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: May 22, 2007

I declare under penalty of perjury that the forgoing is true and correct.

/s/ ROBERT I. CARREON
U.S. Probation Officer

Executed on: May 22, 2007

**THE COURT ORDERS:**

☐ No Action.

☒ The Issuance of a Warrant.

☐ The Issuance of a Summons.

☐ Other

ANITA A. SUKOLA
Designated District Judge
Dated: May 25, 2007