AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM

UNITED STATES OF AMERICA

V.

MICHAEL S.N. PALACIOS

**WARRANT FOR ARREST**

Case Number: CR-91-00103

*RECEIVED MAY 29 2007 US MARSHALS SERVICE-GUAM*

*FILED DISTRICT COURT OF GUAM JUN -1 2007 MARY L.M. MORAN CLERK OF COURT*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MICHAEL S.N. PALACIOS _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

SEE PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION FILED MAY 22, 2007

in violation of Title __18__ United States Code, Section(s) __3583(e)(3)__

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 5/25/2007  Hagatna, Guam |
| Title of Issuing Officer | Date  Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
Santa Rita, Guam.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| May 29, 2007 | TFO M.P. Cepeda | *[signature]* |
| DATE OF ARREST |  |  |
| June 01, 2007 |  |  |

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ MICHAEL S.N. PALACIOS _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: