**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: CR-91-00103-001  DATE: June 01, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 4:08:17 - 4:21:25
CSO: J. McDonald

**APPEARANCES:**
Defendant: Michael S.N. Palacios  Attorney: William L. Gavras
☑Present ☑Custody ☐Bond ☐P.R.  ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: John San Nicolas  U.S. Marshal: C. Marquez / E. Igros
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance re Petition to Revoke or Modify Supervised Release Conditions**
- Financial Affidavit reviewed and accepted: William L. Gavras appointed to represent the defendant.
- Proceedings continued to: June 7, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: