# UNITED STATES DISTRICT COURT

In the _____ District of _____ **GUAM** _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF SUPERVISED RELEASE OR APPROPRIATE DISPOSITION** |
| V. | |
| **MICHAEL S.N. PALACIOS,** | |
| *Defendant* | Case Number: **CR-91-00103-001** |

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

**X** on supervised release, probation or parole for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant may

☐ flee, and **X** pose a danger to another person or the community, based on the recent Indictment in CR-07-00046 charging him with Assault, in violation of 18 U.S.C. § 113(3)

I accordingly ORDER the detention of the defendant without bail pending the continued hearing re Petition for Revocation of Supervised Release scheduled for **June 7, 2007, at 9:30 a.m.**

Date: _June 4, 2007, nunc pro tunc to June 1, 2007_

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jun 04, 2007**