1
2
3
4
5
6                           DISTRICT COURT OF GUAM

7                             TERRITORY OF GUAM

8

9   UNITED STATES OF AMERICA,              CRIMINAL CASE NO.  91-00103

10                  Plaintiff,
                vs.                        APPOINTMENT ORDER
11

12  MICHAEL S.N. PALACIOS,

13                  Defendant.

14

15        IT IS HEREBY ORDERED that **WILLIAM L. GAVRAS** is appointed to represent the

16  defendant in the above-entitled case.

17        Dated this 1st day of June 2007.

18

19                                          **/s/ Joaquin V.E. Manibusan, Jr.**
                                               **U.S. Magistrate Judge**
20

21

22

23

24

25

26

27

28