# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-91-00103-001　　　　　　　　　　DATE: June 07, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos　　　Electronically Recorded: 9:47:29- 9:53:23
CSO: J. Lizama / D. Quinata

**APPEARANCES:**
Defendant: Michael S.N. Palacios　　　Attorney: William L. Gavras
☒ Present ☒ Custody ☐ Bond ☐ P.R.　　☒ Present ☐ Retained ☐ FPD ☒ CJA
U.S. Attorney: Tanya Cruz　　　　　　U.S. Agent:
U.S. Probation: John San Nicolas　　　U.S. Marshal: D. Punzalan / V. Roman
Interpreter:　　　　　　　　　　　　Language:

**PROCEEDINGS: Preliminary Revocation Hearing**
- Defendant admits to violation numbers 1 through 3 .
- Defendant denies the violation number 4.
- Evidentiary Hearing set for: August 2, 2007 at 10:30 a.m.
- Defendant to remain in custody.

NOTES: