# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES

CASE NO.: CR-91-00103                    DATE: August 09, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori                    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez        Electronically Recorded: 10:02:58 - 11:09:43
CSO: J. Lizama / B. Benavente

---

**APPEARANCES:**

Defendant: Michael S.N. Palacios            Attorney: William L. Gavras

   Present   Custody   Bond   P.R.        Present   Retained   FPD   CJA

U.S. Attorney: Karon Johnson                U.S. Agent:
U.S. Probation: Robert Carreon              U.S. Marshal: C. Marquez
Interpreter:                                Language:

---

**PROCEEDINGS: Evidentiary Hearing**

- Mr. Gavras advised the Court that the Government and U.S. Probation have agreed to dismiss the fourth allegation.
- Parties stipulate to disposition of a sentence of time served.
- Court to issue a Report and Recommendation to the District Judge.
- Disposition Hearing to be set upon acceptance of the Report and Recommendation by the District Judge.
- Defendant released and admonished to abide by the supervised release conditions previously imposed.

NOTES: