**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
*AMENDED* MINUTES***

CASE NO.: CR-91-00103     DATE: August 09, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori     Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 11:02:58 - 11:09:43**
CSO: J. Lizama / B. Benavente

**APPEARANCES:**

Defendant: Michael S.N. Palacios     Attorney: William L. Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson     U.S. Agent:
U.S. Probation: Robert Carreon     U.S. Marshal: C. Marquez
Interpreter:     Language:

**PROCEEDINGS: Evidentiary Hearing**

- Mr. Gavras advised the Court that the Government and U.S. Probation have agreed to dismiss the fourth allegation.
- Parties stipulate to disposition of a sentence of time served.
- Court to issue a Report and Recommendation to the District Judge.
- Disposition Hearing to be set upon acceptance of the Report and Recommendation by the District Judge.
- Defendant released and admonished to abide by the supervised release conditions previously imposed.

NOTES:

**Amended to correct the hearing time.